IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DEBORAH WEYMOUTH, et al.,
On behalf of themselves
and others similarly situated,

    Plaintiffs,

v.                                         Civil Action No. 3:14cv419

COUNTY OF HENRICO, VIRGINIA,

    Defendant.

**ORDER**

By Order entered herein on June 9, 2015, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 20) and PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 22) were referred to Magistrate Judge Roderick C. Young for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge (Docket No. 37) entered herein on August 31, 2015, the plaintiffs' OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 38), the DEFENDANT'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 39) and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The plaintiffs' OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 38) are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge is ADOPTED on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (Docket No. 22) is denied;

(4) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 20) is granted in part and denied in part. The motion is granted with respect to the issue of the defendant's alleged violation of the Overtime Requirement of the Fair Labor Standards Act. The motion is denied with respect to the issues of the recovery period and liquidated damages; and

(5) Judgment is entered in favor of the defendant, County of Henrico, Virginia.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 9, 2015