

FILED
MAR 16 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEBORAH WEYMOUTH,
et al.,

    Plaintiffs,

v.                      Civil Case. No. 3:14-cv-419

COUNTY OF HENRICO, VIRGINIA,

    Defendant.

## FINAL ORDER

On March 16, 2017, the parties appeared before the Court and presented argument in support of their Joint Motion for Final Approval of Settlement Agreement.

Having considered the arguments and authorities submitted by the parties in support of their Joint Motion, the Court finds the following:

1) The parties have in all respects complied with the order entered on January 12, 2017 (ECF No. 64), by which the Court preliminarily approved the Settlement Agreement (ECF No. 63-1), ordered the execution of its terms, directed the issuance of the Notice (ECF No. 63-2) to potential class members, approved the General Release (ECF No. 63-3) as additional consideration for the incentive payments to the Plaintiffs, and preliminarily

approved the attorneys' fees and costs provided for in the Settlement Agreement;

2) Of the 38 potential Opt-In Settlement Participants listed in Schedule B of the Settlement Agreement (ECF No. 63-1), 37 timely submitted consents to join the lawsuit for the purpose of participating in the settlement. The Court has reviewed these consents and finds them to be proper in all respects. Although one remaining potential Opt-In Settlement Participant submitted his consent in an untimely fashion, the parties have asked the Court to allow him, nevertheless, to participate in the settlement. The Court has reviewed the untimely consent and approves the potential member as an Opt-In Settlement Participant;

3) All 38 Opt-In Settlement Participants submitted executed settlement releases in the form exemplified in Schedule A of the Settlement Agreement (ECF No 63-1). These releases show the final amount of the settlement payment for each Opt-In Settlement Participant, with interest. The Court has reviewed these releases and finds them to be proper in all respects;

4) The Court finds the settlement of this case to be reasonable and fair to the County, plaintiffs, and Opt-In Settlement Participants; and

5) The attorneys' fees and costs provided for in the Settlement Agreement (ECF No. 63-1) have not changed since they were preliminarily approved and are reasonable.

Therefore, it is hereby ORDERED that:

1) The Settlement Agreement (ECF No. 63-1) is approved, and the parties shall perform its terms;
2) The consents and releases executed by the 38 Opt-In Settlement participants are approved;
3) The attorneys' fees and costs provided for in the Settlement Agreement (ECF No. 63-1) are approved; and
4) This case is dismissed with prejudice, and the Court retains jurisdiction for the sole purpose of enforcing the Settlement Agreement.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 16, 2017